IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE:

C. BEAN TRANSPORT,
        Debtor         No. 2:10-bk-71360
                                         Chapter 7

## MOTION TO APPEAR PRO HAC VICE

Petitioner, Thomas E. Robertson, Jr. of Pryor, Robertson, Beasley & Smith, PLLC, attorney for General Electric Capital Corporation (hereinafter "GECC"), requests permission for the Court to allow Charles M. Cobbe of Cavazos, Hendricks, Poirot & Smitham, P.C., to appear *pro hac vice* in this matter as co-counsel for GECC and respectfully represents to the Court the following:

        1.        That Petitioner is a member in good standing of the Bar of the State of Arkansas, of the United States District Courts, Eastern and Western Districts of Arkansas, of the Eighth Circuit Court of Appeals, and of the United States Supreme Court.

        2.        That Charles M. Cobbe is a member in good standing of the Bar of the State of Texas and his Texas Bar Number is 04444300. He is also licensed to practice as shown on the Affidavit attached hereto.

        3.        That Charles M. Cobbe submits himself to the jurisdiction and rules of the Court governing professional conduct in this matter.

  4. That Charles M. Cobbe designates Thomas E. Robertson, Jr. of Pryor, Robertson, Beasley & Smith, PLLC, who is a member of the Bar of this Court and who maintains an office in Arkansas for the practice of law, with whom the Court and opposing counsel may readily communicate regarding the conduct of this case.

  5. That attached in support of this Motion is the Affidavit of Charles M. Cobbe.

  WHEREFORE, Thomas E. Robertson, Jr. moves that Charles M. Cobbe be granted permission to appear and participate in this matter *pro hac vice* as co-counsel for GECC.

      PRYOR, ROBERTSON, BEASLEY & SMITH, PLLC
      P. O. Drawer 848
      Fort Smith AR 72902
      (479)782-8813
      trobertson@prbslaw.com


      /s/ Thomas E. Robertson, Jr.
      Thomas E. Robertson, Jr.
      ABA #69066

## CERTIFICATE OF SERVICE

  I hereby certify that on this 23rd day of March, 2010, a copy of the foregoing was served via e-mail from ECF.

      /s/ Thomas E. Robertson, Jr.
      Thomas E. Robertson, Jr.