IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| C. BEAN TRANSPORT, INC. | ) | Case No. 10-71360 |
| | ) | (Chapter 11) |
| Debtor. | ) | |

**NOTICE OF DESTRUCTION OF THE BOOKS AND RECORDS OF
C. BEAN TRANSPORT, INC. AND DEADLINE FOR OBJECTION**

The C. Bean Transport, Inc. Creditors Trust ("Creditors Trust"), by and through its counsel, Chad J. Kutmas and Mary E. Kindelt, of the firm, McDonald, McCann & Metcalf, LLP, hereby provides notice of the intended destruction and disposal of C. Bean Transport, Inc.'s ("C. Bean") books and records in the discretion of the Trustees of the Creditors Trust.

1. C. Bean filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on March 17, 2010. Upon filing, C. Bean operated as debtor-in-possession, with all rights, powers, and duties of a trustee in bankruptcy pursuant to 11 U.S.C. §§ 1107 and 1108.

2. On December 22, 2010, C. Bean filed a Modified Plan of Liquidation Proposed by C. Bean Transport, Inc., Debtor-in-Possession (the "Plan") in the bankruptcy case. The Plan was confirmed by order of the Bankruptcy Court on January 25, 2011, and became effective on March 28, 2011. Pursuant to the Plan, the Creditors Trust was created for the purpose of receiving the assets of C. Bean and administering the same for the benefit of its unsecured creditors.

3. Section 8.1 of the Plan provides:

> All assets of C. Bean, including all property, tangible or intangible, all books and records, funds, privileges, claims and litigation claims . . . shall be transferred to and shall vest in the Creditors Trust subject to all security interests and other liens.

4. Section 8.3 of the Plan further provides:

> Upon confirmation of this Plan, all books, records, and accounts of C. Bean, in whatever form, whether electronic or paper, and whether presently in the hands of C. Bean or any professional previously or currently retained by C. Bean, shall be transferred and delivered to the Creditors Trust within thirty (30) days, and shall be subject to the control and management of the Trustees which may establish procedures for retention or disposal of records, in accordance with the needs of C. Bean, and its administration, without necessity of any order of this Court.

5. Any documents or records which contain personal identifiers of individuals will be destroyed and disposed of by shredding to prevent improper distribution or access of such personal information.

6. **The Creditors Trust will destroy C. Bean's books and records which at the discretion of its Trustees are no longer necessary for administration of the Trust. Such disposition and destruction will commence 20 days after the filing of this Notice. A party with an objection to such disposition or destruction must provide written notice of such objection on or before July 12, 2011, to Mary E. Kindelt at the address shown on this pleading. Such objection shall describe in detail the documents as to which objection is asserted and the basis for their retention. In the event that the Creditors Trust elects to retain any documents in response to a timely asserted objection, the Trust reserves the right to assess costs and expenses against any objecting party for the reasonable expense incurred in connection with the storage and maintenance of documents subject to such objection.**

MCDONALD, MCCANN & METCALF, LLP

By: */s/ Chad J. Kutmas*
_____
Chad J. Kutmas, OBA No. 19505 *
William H. Spitler, Ark. Bar No. 2009101
Mary E. Kindelt, OBA No. 21728 *
15 E. Fifth Street, Suite 1800
Tulsa, OK 74103
(918) 430-3700
(918) 430-3770 (Fax)
* Admitted Pro Hac Vice

-and-

SMITH, COHEN & HORAN, P.L.C.
Don A. Smith, Ark. Bar No. 62026
1120 Garrison Avenue
PO Box 10205
Fort Smith, AR 72917
(479) 782-1001
(479) 782-1279 (Fax)

*Counsel for C. Bean Transport Creditors Trust*